IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO SEGURA,

             Plaintiff,               No. CIV S-08-2137-SPG (PC)

     vs.

T. FELKER et al.,

             Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a state prisoner who is proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff alleges claims for relief stemming from allegations that (1) Defendants failed to provide adequate protection against an assault, in violation of prison regulations and the Eighth Amendment's prohibition against cruel and unusual punishment, and that (2) Defendants destroyed Plaintiff's personal property, including legal materials, in retaliation for his using administrative grievance procedures, in violation of his First Amendment right to free speech and the Fourteenth Amendment's prohibition against deprivation of life, liberty, or property without due process of law.

      Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983. If the allegations of the complaint are proved, Plaintiff has a reasonable opportunity to

1

PDF created with pdfFactory trial version www.pdffactory.com

1    prevail on the merits of this action.

2         The court, therefore, finds that service is appropriate and will direct service by the U.S.

3    Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot

4    proceed further until Plaintiff complies with this order.  Plaintiff is warned that failure to comply

5    with this order may result in dismissal of the action.  See Local Rule 11-110.  Plaintiff is also

6    advised that the court is not able to make copies of documents for him.

7         Accordingly, IT IS HEREBY ORDERED that:

8         1.  Service of the complaint is appropriate for all defendants.

9         2.  The Clerk of the Court shall send Plaintiff seven USM-285 forms, one summons, an

10    instruction sheet, and a copy of the complaint filed October 20, 2008.

11        3.  Within thirty days from the date of this order, Plaintiff shall complete the attached

12    Notice of Submission of Documents and submit all of the following documents to the court:

13            a.  The completed Notice of Submission of Documents;

14            b.  One completed summons;

15            c.  Seven completed USM-285 forms; and

16            d.  Three copies of the endorsed complaint filed October 20, 2008.

17    DATED:  March 3, 2009

18

19                                    **/s/ Susan P. Graber**

20                            UNITED STATES CIRCUIT JUDGE

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11   LORENZO SEGURA,

12           Plaintiff,                    No. 2:08-cv-2137 SPG (PC)

13       vs.

14   T. FELKER, et al.                     NOTICE OF SUBMISSION

15           Defendants.                   OF DOCUMENTS

16   _____/

17           Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19           _____    completed summons form

20           _____    completed USM-285 forms

21           _____    copies of the _____
                               Complaint/Amended Complaint

22   DATED:

23

24                                         _____
                                           Plaintiff

25

26

PDF created with pdfFactory trial version www.pdffactory.com