IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO SEGURA,

    Plaintiff,                     No. CIV-S-08-2137-SPG (PC)

    vs.

T. FELKER et al.,

    Defendants.                ORDER

_____/

       Plaintiff is a state prisoner who is proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff alleges claims for relief stemming from allegations that Defendants failed to provide Plaintiff access to legal materials and destroyed Plaintiff's personal property, including legal materials, in retaliation for his using administrative grievance procedures, in violation of his First Amendment right to free speech and the Fourteenth Amendment's prohibition against deprivation of life, liberty, or property without due process of law.

       Plaintiff's complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983. If the allegations of the complaint are proved, Plaintiff has a reasonable opportunity to prevail on the merits of this action.

       The court, therefore, finds that service is appropriate and will direct service by the U.S.

1

PDF created with pdfFactory trial version www.pdffactory.com

Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until Plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.  Plaintiff is also advised that the court is not able to make copies of documents for him.

The court's order dated March 3, 2009, directed Plaintiff to submit documents related to the amended complaint filed October 20, 2008.  On May 5, 2009, the court ordered that the amended complaint filed in this case be removed and re-filed in Plaintiff's separate case, Segura v. Felker, No. CIV-S-08-2477-KJM.  The court therefore withdraws its order dated March 3, 2009.  The operative complaint in this case was filed on September 11, 2008.  Plaintiff's motion for correction, filed March 19, 2009, is denied as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the complaint is appropriate for all defendants.

2. The Clerk of the Court shall send Plaintiff seven USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed September 11, 2008.

3. Within thirty days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. Seven completed USM-285 forms; and

   d. Three copies of the endorsed complaint filed September 11, 2008.

4. The court's order filed March 3, 2009, is withdrawn.

5. Plaintiff's motion for correction, filed March 19, 2009, is denied as moot.

DATED: May 12, 2009

                                      **/s/ Susan P. Graber**

                                      UNITED STATES CIRCUIT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9          IN THE UNITED STATES DISTRICT COURT
10          FOR THE EASTERN DISTRICT OF CALIFORNIA
11 LORENZO SEGURA
12     Plaintiff,                    No. 2:08-cv-2137 SPG (PC)
13     vs.
14 T. FELKER et al.,                 <u>NOTICE OF SUBMISSION</u>
15     Defendants.                   <u>OF DOCUMENTS</u>
16 _____/
17     Plaintiff hereby submits the following documents in compliance with the court's
18 order filed _____:
19     _____     completed summons form
20     _____     completed USM-285 forms
21     _____     copies of the _____
                              Complaint/Amended Complaint
22 DATED:
23
24                                   _____
                                     Plaintiff
25
26