IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO SEGURA, | No. CIV S-08-2137-SPG (PC) |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| T. FELKER et al., | |
| Defendants. / | |

The court, having considered Defendants Carrera, Fannon, Felker, Green, Ingwerson, McGuire, Mendonca, and Sanchez' request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED that Defendants are granted an extension of time of thirty days, to and including September 24, 2009, to complete and file their responsive pleading.

DATED: August 18, 2009

/s/ Susan P. Graber
UNITED STATES CIRCUIT JUDGE

1