IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO SEGURA

    Plaintiff,                      No. CV 08-2137-SPG (PC)

  vs.

T. FELKER et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.

        Plaintiff has filed a request for an extension of time to file a reply to Defendants' answer. Rule 7(a) of the Federal Rules of Civil Procedure provides as follows:

> <u>Only these pleadings are allowed</u>: (1) a complaint; (2) an answer to a complaint; (3) an answer to a counterclaim designated as a counterclaim; (4) an answer to a crossclaim; (5) a third-party complaint; (6) an answer to a third-party complaint; and (7) <u>if the court orders one, a reply to an answer</u>.

(Emphases added.) The court has not ordered Plaintiff to reply to Defendants' answer and declines to make such an order.

/////

1       Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for an extension
2 of time to file a reply is denied.
3 DATED: September 14, 2010.

                                                  **/s/ Susan P. Graber**
                                          UNITED STATES CIRCUIT JUDGE