1
2
3
4
5
6
7
8       IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11  LORENZO SEGURA,                          CV 08-2137-SPG (PC)

12          Plaintiff,

13  vs.                                      ORDER DENYING MOTION FOR
                                             APPOINTMENT OF COUNSEL
14  T. FELKER, -- MCQUIRE, -- SANCHEZ, --
    GREEN, -- FANNON, -- INGWERSON, --
15  MENDONCA, -- CARRERA,

16          Defendants.
    _____/
17

18          On September 29, 2010, Plaintiff filed a motion seeking the appointment of

19  counsel.  Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v.

20  Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), withdrawn in part on other grounds by 154 F.3d

21  952, 954 n.1 (9th Cir. 1998) (en banc), and the court cannot require a lawyer to represent

22  plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. U.S. Dist. Court for the S. Dist. of Iowa,

23  490 U.S. 296, 298 (1989).  However, in certain exceptional circumstances the court may request

24  the voluntary assistance of counsel pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

25          Without a reasonable method of securing and compensating counsel, the court

26  will seek volunteer counsel only in the most serious and exceptional cases.  In determining

27  whether "exceptional circumstances exist, a district court must evaluate both the likelihood of

28  success of the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of

                                      -1-

1   the complexity of the legal issues involved." Id. (internal quotation marks omitted).

2          In the present case, the court does not find the required exceptional

3   circumstances.  Even if it is assumed that Plaintiff is not well versed in the law and that he has

4   made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.

5   Similar cases come to the court regularly.  In addition, the court does not believe that the

6   likelihood of success on the merits is so high as to warrant appointment of counsel.

7          For the foregoing reasons, Plaintiff's motion for the appointment of counsel is

8   HEREBY DENIED, without prejudice.

9

10  IT IS SO ORDERED.

11

12  Dated:  October 1, 2010                          /s/ Susan P. Graber

13                                            UNITED STATES CIRCUIT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28