UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO SEGURA, | CIV S-08-2137-SPG (PC) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT GREEN TO RESPOND TO PLAINTIFF'S REQUEST FOR ADMISSIONS** |
| v. | |
| T. FELKER, -- MCQUIRE, -- SANCHEZ, -- GREEN, -- FANNON, -- INGWERSON, -- MENDONCA, -- CARRERA, | |
| Defendants. | |

Defendant Green's first request for an extension of time to respond to Plaintiff's request for admissions is GRANTED. Defendant Green has until April 20, 2011, to respond to Plaintiff's request for admissions. IT IS SO ORDERED.

DATED: March 21, 2011

/s/ Susan P. Graber
UNITED STATES CIRCUIT JUDGE

-1-