UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LORENZO SEGURA, | CIV S-08-2137-SPG (PC) |
| Plaintiff, | **ORDER STAYING DISCOVERY AND VACATING SCHEDULED DEADLINES** |
| v. | |
| T. FELKER, -- MCQUIRE, -- SANCHEZ, -- GREEN, -- FANNON, -- INGWERSON, -- MENDONCA, -- CARRERA, | |
| Defendants. | |

Good cause appearing, the court GRANTS Defendants' motion to stay discovery and vacate scheduled deadlines, pending the court's ruling on Defendants' motion for judgment on the pleadings.

IT IS ORDERED that discovery shall be stayed and all deadlines in the scheduling order shall be vacated. The court shall reset the deadlines, if necessary, after it rules on Defendants' motion for judgment on the pleadings.

DATED: April 5, 2011

/s/ Susan P. Graber
UNITED STATES CIRCUIT JUDGE