IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO SEGURA

    Plaintiff,               No. 2:08-CV-2137-SPG (PC)

   vs.

T. FELKER et al.,

    Defendants.          <u>ORDER</u>

      On June 20, 2011, Plaintiff filed a "request for extension of time to file a written objection to magistrate judge's order." This court issued a final judgment disposing of all claims on June 2, 2011. Because there is no magistrate judge assigned to this case and because the case is closed, Plaintiff's motion is DENIED.

DATED: June 22, 2011.

                                                           **/s/ Susan P. Graber**
                                             UNITED STATES CIRCUIT JUDGE