IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO SEGURA

    Plaintiff,                     No. 2:08-CV-2137-SPG (PC)

   vs.

T. FELKER et al.,

    Defendants.                <u>ORDER</u>

_____/

    On August 3, 2011, Plaintiff filed a "motion for the record on appeal, the transcript of proceedings and the district court docket sheet."  Plaintiff requests (1) transcripts of all oral proceedings, (2) the district court clerk's record, and (3) a copy of the district court docket sheet.

    Because there were no oral proceedings, that request is DENIED.

    Because Plaintiff already has a copy of the complete record, that request is DENIED.

    The last request is GRANTED.  The clerk of the court will send Plaintiff a certified copy of the district court docket sheet.  IT IS SO ORDERED.

DATED: August 8, 2011.

                                                             /s/ **Susan P. Graber**

                                                             UNITED STATES CIRCUIT JUDGE