IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORENZO SEGURA

     Plaintiff,

vs.

T. FELKER et al.,

     Defendants.

No. 2:08-CV-2137-SPG (PC)

ORDER

---

On August 16, 2011, Plaintiff filed a motion for appointment of counsel. Because this case is on appeal to the Ninth Circuit Court of Appeals, Plaintiff should file this type of motion with that court.

The motion is DENIED without prejudice to Plaintiff's refiling with the Ninth Circuit.

IT IS SO ORDERED.

DATED: August 17, 2011.

                                            **/s/ Susan P. Graber**

                                            UNITED STATES CIRCUIT JUDGE